1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  ERIC MICHAEL GRAVEL,                  No.  2:14-cv-0012 KJN P
12                 Petitioner,
13        v.                              ORDER
14  MIKE BABCOCK,
15                 Respondent.
16
17        Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of
18  habeas corpus pursuant to 28 U.S.C. §  2241.  Petitioner has not, however, filed an in forma
19  pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).
20  Therefore, petitioner will be provided the opportunity to either submit the appropriate affidavit in
21  support of a request to proceed in forma pauperis or submit the appropriate filing fee.
22        In accordance with the above, IT IS HEREBY ORDERED that:
23        1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in
24  support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's
25  failure to comply with this order will result in a recommendation that this action be dismissed;
26  and
27  ////
28  ////

                                    1

1     2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2 form used by this district.

3 Dated:  January 10, 2014

4

5 grav0012.101a

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2